UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRINITI CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>INVENSENSE INC.,<br><br>  Defendant. | Case No. 21-cv-03078-JST<br><br>**ORDER OF DISMISSAL UPON SETTLEMENT**<br><br>Re: ECF No. 18 |

The parties have filed a stipulation and proposed order stating that they have executed a settlement agreement and asking to stay all deadlines. ECF No. 18. Based on the parties' settlement, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within forty-five days of the date of this order.

**IT IS SO ORDERED**.

Dated: September 2, 2021



JON S. TIGAR
United States District Judge